ORIGINAL

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROY HANNUM | DOCKET NO.<br>08 CRM 0457 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Roy C. Hannum  56 Gregory Road  Cos Cob, CT | |
| WARRANT ISSUED ON THE BASIS OF:   Order of Court<br>X Indictment    Information    Complaint | DISTRICT OF ARREST<br>SDNY | |
| TO:    UNITED STATES MARSHAL OR ANY<br>OTHER AUTHORIZED OFFICER | CITY<br>White Plains | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Commit Mail Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18<br>28 | SECTION<br>981, 1341 & 1349<br>2461 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>MARK D. FOX<br>United States Magistrate Judge<br>Southern District of New York | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>5-22-08 |
| CLERK OF COURT<br>J.M. McMAHON | (BY) DEPUTY CLERK | DATE ISSUED<br>5/22/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/27/08 | NAME AND TITLE OF ARRESTING OFFICER<br>J.M. Marsh, Postal Inspector (surrendered to U.S. Marshals) | SIGNATURE OF ARRESTING OFFICER<br>J.M. Marsh |
|---|---|---|
| DATE EXECUTED<br>5/28/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.